

PAT. NO. D345,695
PAT. NO. D345,696
PAT. NO. 5,383,558
PAT. NO. 5,489,036